**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

SURESH H. SMALL,

      Petitioner,

v.                                              CIVIL ACTION NO.  5:23-cv-00658

WARDEN HOLZAPFEL,

      Respondent.

### ORDER

Pending is Petitioner Suresh H. Small's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF 1], filed October 5, 2023. This action was previously referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Reeder filed his PF&R on May 4, 2026. [*See* ECF 44]. Magistrate Judge Reeder recommended that the Court (1) find Mr. Small's due process rights were not violated by the disciplinary process related to his February 2023 incident report, and (2) deny his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [*Id.* at 6–7].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's

right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on May 21, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 44**], **DENIES** the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 **[ECF 1]**, and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

ENTER:  June 29, 2026

Frank W. Volk
Chief United States District Judge

2